UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60146-CIV-COHN/SNOW

CHRISTOPHER PEER,

        Plaintiff,

vs.

DANIEL WARFIELD LEWIS,

        Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND ORDER GRANTING IN PART MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DISCOVERY

**THIS CAUSE** came before the Court on a Motion to Withdraw as Counsel [DE 15-1] by Richard Rosenbaum, counsel for Plaintiff Christopher Peer, and a Motion to Extend the Time for Plaintiff to Respond to Discovery [DE 15-2], and having considered the Motions and Defendant Daniel Warfield Lewis's Response, filed June 20, 2006, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.    Counsel's Motion to Withdraw [DE 15-1] is **GRANTED**. Counsel Richard Rosenbaum is hereby relieved of all further responsibility in this matter.

2.    Plaintiff's Motion to Extend [DE 15-2] is **GRANTED IN PART**. Plaintiff shall retain new counsel, if necessary, and respond to pending discovery on or before July 10, 2006. To the extent Plaintiff requests a continuance

of any pretrial deadlines in the Court's April 7, 2006 Scheduling Order, such request is hereby denied.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June 2006.

**JAMES I. COHN**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
Richard L. Rosenbaum, Esq.
Colleen K. O'Laughlin, Esq.

Christopher James Peer
    5411 SW 33rd St.
    Ocala, FL 34474